Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC | ) | Adv. Case No. 25-10013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Catherine Swain and Percy Swain | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I HEREBY declare that on June 27, 2025, I caused a copy of the (i) complaint in this case, DE #1; (ii) summons to Catherine Swain, DE #3; and (iii) summons to Percy Swain, DE #3-1, to be served, via First Class Mail, postage prepaid, upon:

CATHERINE SWAIN
11505 MYER ROAD
BOWIE MD 20721

and

1

PERCY SWAIN  
11505 MYER ROAD  
BOWIE MD 20721

                                        Respectfully submitted,

Dated: July 13, 2025        By:    /s/ Maurice B. VerStandig  
                                                  Maurice B. VerStandig, Esq.  
                                                  Bar No. MD18071  
                                                  The Belmont Firm  
                                                  1050 Connecticut Avenue, NW  
                                                  Suite 500  
                                                  Washington, DC 20036  
                                                  Phone: (202) 991-1101  
                                                  mac@dcbankruptcy.com  
                                                  *Counsel for the Debtor*