Entered: Clerk, Circuit Court Charles County, MD March 19, 2025

BOOK: 13620 PAGE: 26

30-81795-25

E-FILED; Charles Circuit Court
Docket: 3/10/2025 5:00 PM; Submission: 3/10/2025 5:00 PM
Envelope: 20300398

EXHIBIT A

UNIVERSAL TITLE
8015 Corporate Drive, Suite G
Nottingham, MD 21236

CHARLES COUNTY CIRCUIT COURT (Land Records) LEY 13620, p. 0026, MSA_CE52_13639. Date available 04/11/2025. Printed 08/04/2025.

## IN THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND

| | |
|---|---|
| **CATHERINE SWAIN**<br>11505 Myer Road<br>Bowie, MD 20721<br><br>And<br><br>**PERCY SWAIN**<br>11505 Myer Road<br>Bowie, MD 20721<br><br>  Plaintiffs,<br><br>VS.<br><br>**SWAIN LANDING LAPLATA JC, LLC**<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br><br>  Serve on:<br>  ANJON JONES<br>  4302 Broken Arrow Court<br>  Clinton, MD 20735<br><br>  Defendant. | Case No: C-08-CV-24-000655 |

### ORDER

**UPON CONSIDERATION** of the hearing held, evidence presented, and review of the record, it is therefore this _____ day of _____, 2025, by the Circuit Court for Charles County, Maryland

**ORDERED**, that the parties' January 7, 2022 agreement for the purchase of land situated in Charles County, Maryland at 10524 LaPlata Road, LaPlata, Maryland 20646, is hereby rescinded; and it is further

REC 20

SUR 40

**ORDERED**, that the Deed made on the 7th day of January, 2022, by and between Catherine L. Swain and Percy R. Swain, parties of the first part, Grantors, and Swain Landing LaPlata JC LLC, party of the second part, Grantee, and recorded on February 18, 2022, (Book:12397 Page: 295), is hereby stricken, and shall be deemed null and void; and it is further

**ORDERED**, that the Plaintiff's, Grantors, Catherine L. Swain and Percy R. Swain are hereby reinstated as the owners of land situated in Charles County, Maryland at 10524 LaPlata Road, LaPlata, Maryland 20646; and it is further

**ORDERED**, that the land situated in Charles County, Maryland at 10524 LaPlata Road, LaPlata, Maryland 20646 is hereby deeded to Catherine L. Swain and Percy R. Swain, free and clear of any mortgage; and it is further

**ORDERED**, that the Plaintiffs are hereby awarded attorney's fees in the amount of $3,000.00.

03/14/2025 10:39:41 AM

_____
JUDGE                    H. James West
Circuit Court for Charles County

TRUE COPY

_Lisa E. Yates_
LISA E. YATES, CLERK OF COURT

CHARLES COUNTY CIRCUIT COURT (Land Records) LEY 13620, p. 0027, MSA_CE52_13639. Date available 04/11/2025. Printed 08/04/2025.

CHARLES COUNTY CIRCUIT COURT (Land Records) LEY 13620, p. 0028, MSA_CE52_13639. Date available 04/11/2025. Printed 08/04/2025.

# DOCUMENT VALIDATION

Lisa E. Yates, Clerk
Circuit Court for Charles County
200 Charles Street
La Plata, MD. 20646
301-932-3202

```
LR - Recording Fee (No
Taxes)              20.00
Name: Swain
Ref: Mail
LR - Surcharge      40.00
===========================
SubTotal:           60.00
===========================
Total:              60.00
04/08/2025   09:23
               CC08-JeG
#18823970 CC0702 -
Charles
County/CC07.02.01 -
Register 01
```