Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC | ) | Adv. Case No. 25-10013-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Catherine Swain and Percy Swain | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF HEEARING ON DEFENDANTS CATHERINE SWAIN AND
PERCY SWAIN'S MOTION TO DISMISS ADVERSARY COMPLAINT**

NOTICE IS HEREBY GIVEN that Catherine and Percy Swain have moved to dismiss this adversary proceeding.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 13, 2025 at 10:00 AM. The hearing will be held both in-person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

1

        Respectfully submitted,

Dated: August 5, 2025    By:   /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        Bar No. MD18071
        The Belmont Firm
        1050 Connecticut Avenue, NW
        Suite 500
        Washington, DC 20036
        Phone: (202) 991-1101
        mac@dcbankruptcy.com
        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig