Craig M. Palik (Fed Bar 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
cpalik@mhlawyers.com
*Counsel to Catherine Swain and Percy Swain,
Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** | )<br>)<br>) **Case No. 25-00184-ELG** |
| **SWAIN LANDING LAPLATA JC, LLC,** | ) **Chapter 11**<br>) |
| **Debtor.** | )<br>)<br>) |
| **SWAIN LANDING LAPLATA JC, LLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) **Adv. Proc. No. 25-10013-ELG** |
| vs. | )<br>) |
| **CATHERINE SWAIN** | )<br>) |
| **AND** | )<br>) |
| **PERCY SWAIN** | )<br>) |
| **Defendants.** | )<br>) |

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

     I hereby certify that on November 12, 2025, I served, on behalf Catherine Swain and Percy Swain (the "Swains"), the Swains' First Set of Interrogatories and Requests for Production of Documents to Swain Landing LaPlata JC, LLC, by first class mail, postage prepaid, and by e-mail to:

Maurice B. VerStandig
The Belmont Firm
1050 Connecticut, Avenue, NW
Suite 500
Washington, DC 20036
Email: mac@mbvesq.com

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Dated: November 13, 2025

Respectfully submitted

/s/ *Craig M. Palik*
Craig M. Palik (Fed Bar 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
cpalik@mhlayers.com
*Counsel to Catherine Swain and Percy Swain, Defendants*