The order below is hereby signed.

Signed: December 22 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC | ) | Adv. Case No. 25-10013-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Catherine Swain and Percy Swain | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the above-captioned proceeding.

1. **Discovery**. Unless modified by order of this court, the following discovery deadlines apply:

    a. The deadline for the parties to complete discovery is December 31, 2025. All written discovery requests, including interrogatories, requests for production, and

depositions upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

  b. The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than November 30, 2025, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 21 days after the disclosure made by the other party.

2. **Dispositive Motions**. Any dispositive motions shall be filed not later than January 21, 2026.

3. **Final Pretrial Conference**. A final pretrial conference ("Final Pretrial Conference") will be held on February 25, 2026 at 10:00 a.m. via hybrid hearing (accessible both in person and via Zoom), at which a trial date will be set as will deadlines for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

4. **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference before the Final Pretrial Conference to try to settle this matter.

5. **Joinder of Other Parties**. Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

6. **Settlement**. If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

**END OF ORDER**

[Signed and dated above.]

I Ask for This:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

United States Bankruptcy Court

District of Columbia

Swain Landing LaPlata JC LLC,
    Plaintiff

Adv. Proc. No. 25-10013-ELG

Swain,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 22 2025 21:59:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Palik | on behalf of Defendant Catherine Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Defendant Percy Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 22, 2025 | Form ID: pdf001 | Total Noticed: 1

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 3