United Title & Escrow, Inc.
File No. 21-12589ME
Tax ID #08-029334
APPROVED FOR TRANSFER
Office of the Treasurer
for Charles County
Per: _KI_ Date: 215.22
Taxes levied and on
record are paid.
Recordation Tax $ 15000. ᴄᴡ
County Transfer Tax $ 7500. cc

1 ᴏꜰ 2

𝕿𝖍𝖎𝖘 𝕯𝖊𝖊𝖉, made this 7th day of January, 2022, by and between Catherine L. Swain and Percy R. Swain, parties of the first part, Grantors; and Swain Landing LaPlata JC LLC, party of the second part, Grantee.

## - 𝖂𝖎𝖙𝖓𝖊𝖘𝖘𝖊𝖙𝖍 -

𝕿𝖍𝖆𝖙 𝖋𝖔𝖗 𝖆𝖓𝖉 𝖎𝖓 𝖈𝖔𝖓𝖘𝖎𝖉𝖊𝖗𝖆𝖙𝖎𝖔𝖓 of the sum of One Million Five Hundred Thousand And 00/100 Dollars ($1,500,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantors do grant and convey to the said Swain Landing LaPlata JC LLC, in fee simple, all that lot of ground situate in County of Charles, State of Maryland and described as follows, that is to say:

**Beginning** for the same at a point lying on the northern right of way line of LaPlata Road (Maryland 488), a forty (40) foot right of way, said point also marking the southeastern corner of a piece or parcel of land standing in the name of Annie T. Swann and Faye Y. Brooks as recorded among the Land Records of Charles County, Maryland in Liber 10490 at Folio 383; thence departing said point so fixed and binding on the eastern outline of said Swann and Brooks property and with the lands of Louis C. & Margaret H. Swann as recorded among said land records in Liber 178 at Folio 121 .

1. North 13°57'36" East, 561.26 feet to a point marking the southeastern corner of a piece or parcel of land standing in the name of Ollie Coombs as recorded among said land records in Liber 31 at Folio 312; thence departing said Swann property and running with and binding on said Coombs property and with the lands of Sharon Makle as recorded among said land records in Liber 12006 at Folio 186 the following two (2) courses and distances

REC _20_

SUR _40_

ST _7500_   2. North 18°26'10" East, 341.80 feet; thence

CO _____   3. North 68°34'50" West, 304.26 feet to a point lying on the eastern right of way line of Radio Station Road, an eighty (80) foot right of way, thence departing said Makle property and running with and binding on said eastern right of way line of Radio Station Road

NR _____

4. North 16°11'08" East, 231.25 feet to a point marking the southwestern corner of a piece or parcel of land standing in the name of The Bryans Road Corporation as recorded among said land records in Liber 1278 at Folio 315; thence departing said Radio Station Road and running with and binding on said Bryans Road Corporation property the following three (3) courses and distances

5. South 73°43'21" East, 194.81 feet; thence

6. North 16°16'39" East, 210.00 feet; thence

7. North 73°43'21" West, 197.16 feet to a point lying on the eastern right of way line of said Radio Station Road; thence departing said Bryans Road Corporation property and running with said Radio Station Road

Debtor0015

United Title & Escrow, Inc.
File No. 21-12589ME
Tax ID #08-029334
APPROVED FOR TRANSFER
Office of the Treasurer
for Charles County
Per: _RC_  Date: _J15 22_
Taxes levied and on
record are paid.
Recordation Tax $ _15000.00_
County Transfer Tax $ _7500.00_

1 of 2

**This Deed**, made this 7th day of January, 2022, by and between Catherine L. Swain and Percy R. Swain, parties of the first part, Grantors; and Swain Landing LaPlata JC LLC, party of the second part, Grantee.

## - Witnesseth -

**That for and in consideration** of the sum of One Million Five Hundred Thousand And 00/100 Dollars ($1,500,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantors do grant and convey to the said Swain Landing LaPlata JC LLC, in fee simple, all that lot of ground situate in County of Charles, State of Maryland and described as follows, that is to say:

**Beginning** for the same at a point lying on the northern right of way line of LaPlata Road (Maryland 488), a forty (40) foot right of way, said point also marking the southeastern corner of a piece or parcel of land standing in the name of Annie T. Swann and Faye Y. Brooks as recorded among the Land Records of Charles County, Maryland in Liber 10490 at Folio 383; thence departing said point so fixed and binding on the eastern outline of said Swann and Brooks property and with the lands of Louis C. & Margaret H. Swann as recorded among said land records in Liber 178 at Folio 121 .

REC _____

SUR _40_

ST _1500_

CO _____

NR _____

1.  North 13°57'36" East, 561.26 feet to a point marking the southeastern corner of a piece or parcel of land standing in the name of Ollie Coombs as recorded among said land records in Liber 31 at Folio 312; thence departing said Swann property and running with and binding on said Coombs property and with the lands of Sharon Makle as recorded among said land records in Liber 12006 at Folio 186 the following two (2) courses and distances

2.  North 18°26'10" East, 341.80 feet; thence

3.  North 68°34'50" West, 304.26 feet to a point lying on the eastern right of way line of Radio Station Road, an eighty (80) foot right of way; thence departing said Makle property and running with and binding on said eastern right of way line of Radio Station Road

4.  North 16°11'08" East, 231.25 feet to a point marking the southwestern corner of a piece or parcel of land standing in the name of The Bryans Road Corporation as recorded among said land records in Liber 1278 at Folio 315; thence departing said Radio Station Road and running with and binding on said Bryans Road Corporation property the following three (3) courses and distances

5.  South 73°43'21" East, 194.81 feet; thence

6.  North 16°16'39" East, 210.00 feet; thence

7.  North 73°43'21" West, 197.16 feet to a point lying on the eastern right of way line of said Radio Station Road; thence departing said Bryans Road Corporation property and running with said Radio Station Road

8. North 15°10'21" East, 20.00 feet to a point marking the southwestern corner Lot 2 as shown on a plat entitled "Swann Property Subdivision" as recorded among the Plat Records of Charles County, Maryland in Plat Book 39 at Page 288; thence departing said Radio Station Road and running with and binding on said Lot 2

9. South 81°00'37" East, 810.90 feet to a point intersecting the eastern outline of a piece or parcel of land standing in the name of Arturo M. Monteiro as recorded among said land records in Liber 10351 at Folio 315; thence departing the said Lot 2 and running with and binding on said Monteiro property, and with the lands of Jefferey G. Wentworth as recorded among said land records in Liber 10527 at Folio 277, and with the lands of Rudolph A. Posey, Jr & Catherine V. Posey as recorded among said land records in Liber 198 at Folio 689, and with the lands of Robert & Dorothy Johnson as recorded among said land records in Liber 1169 at Folio 357

10. South 16°56'35" East, 987.24 feet to a point intersecting the northern outline of said LaPlata Road; thence departing said Johnson property and running with and binding on said Laplata Road

11. South 72°21'57" West, 1227.01 feet to the point and place of beginning.

The above-described parcel contains 24.5441 acres or 1,069,143 square feet of land, more or less.

BEING a portion of the lands conveyed by Catherine L. Swain to Catherine L. Swain and Percy R. Swain, tenants by the entirety by Quitclaim Deed April 3, 2019 and recorded among the Land Records of Charles County, Maryland in Liber 10880 at Folio 92.

**Together** with the buildings and improvements thereon erected, made or being, and all and every, the rights, alleys, ways, waters, privileges appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Swain Landing LaPlata JC LLC, in fee simple.

**And** the said parties of the first part hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite

**As Witness** the hands and seals of said Grantors, the day and year first above written

WITNESS:

_____                    _____{Seal}
                                            Catherine L. Swain

_____                    _____{Seal}
                                            Percy R. Swain

Agricultural Transfer Tax in the            RECEIVED FOR TRANSFER
Amount of $ 80,825.38                        State Department of
Signature  Brenda E. Buckler                 Assessments & Taxation
                                             for Charles County

                                            Brenda E. Buckler
                                            Date 2/8/2022

8. North 15°10'21" East, 20.00 feet to a point marking the southwestern corner Lot 2 as shown on a plat entitled "Swann Property Subdivision" as recorded among the Plat Records of Charles County, Maryland in Plat Book 39 at Page 268; thence departing said Radio Station Road and running with and binding on said Lot 2

9. South 81°00'37" East, 810.90 feet to a point intersecting the eastern outline of a piece or parcel of land standing in the name of Arturo M. Monteiro as recorded among said land records in Liber 10351 at Folio 315; thence departing the said Lot 2 and running with and binding on said Monteiro property, and with the lands of Jefferey G. Wentworth as recorded among said land records in Liber 10527 at Folio 277, and with the lands of Rudolph A. Posey, Jr & Catherine V. Posey as recorded among said land records in Liber 198 at Folio 689, and with the lands of Robert & Dorothy Johnson as recorded among said land records in Liber 1169 at Folio 357

10. South 16°56'35" East, 967.24 feet to a point intersecting the northern outline of said LaPlata Road; thence departing said Johnson property and running with and binding on said Laplata Road

11. South 72°21'57" West, 1227.01 feet to the point and place of beginning.

The above-described parcel contains 24.5441 acres or 1,069,143 square feet of land, more or less.

BEING a portion of the lands conveyed by Catherine L. Swain to Catherine L. Swain and Percy R. Swain, tenants by the entirety by Quitclaim Deed April 3, 2019 and recorded among the Land Records of Charles County, Maryland in Liber 10660 at Folio 92.

**Together** with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Swain Landing LaPlata JC LLC, in fee simple.

**And** the said parties of the first part hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

**As Witness** the hands and seals of said Grantors, the day and year first above written.

WITNESS:

_____                    _____ {Seal}
                                            Catherine L. Swain

_____                    _____ {Seal}
                                            Percy R. Swain

Debtor0018

STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL, to wit:

I hereby certify that on this 7th day of January, 2022, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Catherine L. Swain and Percy R. Swain, the Grantors herein, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be their act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

BRANDY M. FRAZEE
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES MARCH 24, 2022

Notary Public
My commission expires: _3/24/22_

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

Matthew S. Evans, III, Attorney

AFTER RECORDING, PLEASE RETURN TO:
**United Title & Escrow, Inc.**
**572 Ritchie Highway**
**Suite E**
**Severna Park, MD 21146**

| | | |
|---|---|---|
| **MARYLAND FORM** **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2021** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1.  **Transferor Information**

    Name of Transferor    Catherine L. Swain

2.  **Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

    10524 La Plata Road, La Plata, MD 20646

3.  **Reasons for Exemption**

    **Resident Status**    [✓] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

    [ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

    **Principal Residence**    [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

    **Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

_____                    Catherine L. Swain        1 7 2022
Witness                                      Name                      **Date

                                            _____
                                            Signature

**3b. Entity Transferors**

_____                    _____
Witness/Attest                              Name of Entity

                                            _____
                                            By

                                            _____
                                            Name                      **Date

                                            _____
                                            Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

21-49

Debtor0020

**MARYLAND FORM**

**WH-AR**

**Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence**

**2021**

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

---

**1.  Transferor Information**

Name of Transferor  Percy R. Swain

**2.  Description of Property** (Street address.  If no address is available, include county, district, subdistrict and lot numbers).

10524 La Plata Road, La Plata, MD 20646

---

**3.  Reasons for Exemption**

**Resident Status**  [✓]  As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ]  Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**  [ ]  Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

---

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____
Witness

Percy R. Swain                          1-07-22
Name                                      **Date

_____
Signature

---

**3b. Entity Transferors**

_____
Witness/Attest

_____
Name of Entity

_____
By

_____              _____
Name                                      **Date

_____
Title

---

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

21-49

Debtor0021

### State of Maryland Land Instrument Intake Sheet

| | Baltimore City    | X | County: Charles

*Information provided is for the use of the Clerk's Office and State Department of Assessments and Taxation, and the County Finance Office only.*
*(Type or Print in Black Ink Only All Copies Must Be Legible)*

**1  Type(s) of Instruments**
( | ) Check Box if Addendum Intake Form is Attached.

| X Deed | Mortgage | Other | Other |
| X Deed of Trust | Lease | | |

**2  Conveyance Check Box**

| Improved Sale Arms-Length | Unimproved Arms-Length | Multiple Arms Length | Not an Arms-Length Sale |

**3  Tax (if Applicable) Cite or Explain**

Recordation
State Transfer
County

**4  Consideration and Tax Calculations**

| Consideration | Amount | Finance Office Use Only |
|---|---|---|
| | | Transfer and Recordation Tax Consideration |
| Purchase | $ 1,500,000.00 | |
| Any New Mortgage | $ 1,200,000.0 | Transfer Tax | $ |
| Balance of Existing | $ | x ( ) % | $ |
| Other: | $ | Less Exemption Amount - | $ |
| | | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax | $ |
| | | x ( ) per = | $ |
| Full Cash Value | $ | TOTAL DUE | $ |

**5  Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 20.00 | Agent: |
| Surcharge | $ 40.00 | $ 95.00 | Tax Bill: |
| State Recordation Tax | $ 15,000.00 | $ | |
| State Transfer Tax | $ 7,500.00 | $ | C.B. Credit: |
| County Transfer Tax | $ 7,500.00 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6  Description of Property**

SDAT requires submission of all applicable information. A maximum of

| District | Property Tax ID | Grantor | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 08-029334 | 10660/92 | | | | | (5) |

| Subdivision Name | Lot (3a) | Block(3 | Sect/AR( | Plat Ref. | SqFt/Acreage(4) |
|---|---|---|---|---|---|

Location/Address of Property Being Conveyed (2)
10524 La Plata Road, La Plata, MD 20646

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential | X | or Non-    Fee Simple | X | or Ground Rent | |    Amount: $
Partial Conveyance? | | Yes | |    Description/Amt. of SqFt/Acreage

If Partial Conveyance, List Improvements Conveyed:

**7  Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Catherine L. Swain | Swain Landing LaPlata JC LLC |
| Percy R. Swain | |
| Doc. 1 - Owner(s) of Record, if Different from | Doc. 2 - Owner(s) of Record, if Different from |

**8  Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Swain Landing LaPlata JC LLC | Matthew S. Evans, III |

New Owner's (Grantee) Mailing Address
1801 16th Street NW, Apt. #606, Washington, DC 20009

**9  Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | Catherine L. Swain and Percy R. Swain |

**1  Contact/Mail Information**

| Instrument Submitted By or Contact Person | X Return to Contact Person |
|---|---|
| Name:  Suzanne | |
| Firm:  United Title & Escrow, Inc. | Hold for Pickup |
| Address  572 Ritchie Highway Suite E Severna Park, MD 21146 | |
| Phone:  Phone 410-544-5441 * Fax 410-544-2782 | Return Address Provided |

**11** IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

**Assessment Information**

| Yes | No | Will the property being conveyed be the grantee's principal residence? |
| Yes | No | Does transfer include personal property? If yes, |
| Yes | No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy |

Assessment Use Only - Do Not Write Below This Line

| | Terminal Verification | | Agricultural Verification | | Whole | | Part | | Tran. Process Verification |

| Transfer Number: | Date Received: | Deed Reference: | Assigned Property No.: |
|---|---|---|---|

| Year | | | Geo. | | Map | | Sub | | Block |
|---|---|---|---|---|---|---|---|---|---|
| Land | | | Zoning | | Grid | | Plat | | Lot |
| Buildings | | | Use | | Parcel | | Section | | Occ. Cd. |
| Total | | | Town Cd. | | Ex. St. | | Ex. Cd. | | |

REMARKS:

Debtor0022

21-12589MF

# DOCUMENT VALIDATION

Sharon L. Hancock, Clerk
Circuit Court for Charles County
200 Charles Street
La Plata, MD.   20646
301-932-3202

```
LR - Deed (w Taxes)
Recording only $T20.00
Name: SWAIN
Ref: MAIL
LR - Deed (with Taxes)
Surcharge      40.00
LR - Deed State
Transfer Tax  7,500.00
LR - MR Tax - Ikd 0.00
=======================
SubTotal:     7,560.00
=======================
Total:        7,675.00%
02/16/2022  10:23
               CC08-BC
#15865361 CC0702 -
Charles
County/CC07.02.02 -
Register 02
```