**EXHIBIT C**

form HUD-1 (3/86) ref Handbook 4305 2

**A. Settlement Statement**

U.S. Departm    of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | 21-12589ME | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 01/06/2022 at 17:02 BF

**D. NAME OF BORROWER:** Swain Landing LaPlata JC LLC
ADDRESS: 1801 16th Street NW, Apt. #606, Washington, DC 20009

**E. NAME OF SELLER:** Catherine L. Swain and Percy R. Swain
ADDRESS: 11505 Myer Road, Bowie, MD 20721

**F. NAME OF LENDER:** Catherine L. Swain and Percy R. Swain
ADDRESS: 11505 Myer Road, Bowie, MD 20721

**G. PROPERTY ADDRESS:** 10524 La Plata Road, La Plata, MD 20646

**H. SETTLEMENT AGENT:** United Title & Escrow, Inc.
PLACE OF SETTLEMENT: 572 Ritchie Highway, Suite E, Severna Park, MD 21146

**I. SETTLEMENT DATE:** 01/07/2022

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 1,500,000.00 | 401. Contract sales price | 1,500,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 118,327.88 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 107. County taxes   01/07/22 to 06/30/22 | 1,383.85 | 407. County taxes   01/07/22 to 06/30/22 | 1,383.85 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 1,619,711.73 | **420. GROSS AMOUNT DUE TO SELLER** | 1,501,383.85 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 105,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 4,137.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. Seller Financing | 1,200,000.00 | 506. Seller Financing | 1,200,000.00 |
| 207. | | 507. | |
| 208. | | 508. EMD Disbursement 12/9/21 | 105,000.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 1,305,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,309,137.00 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,619,711.73 | 601. Gross amount due to seller (line 420) | 1,501,383.85 |
| 302. Less amounts paid by/for borrower (line 220) | 1,305,000.00 | 602. Less reduction amount due seller (line 520) | 1,309,137.00 |
| **303. CASH FROM BORROWER** | 314,711.73 | **603. CASH TO SELLER** | 192,246.85 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID) No. _____ with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN _____   SELLER(S) SIGNATURE(S) _____
SELLER(S) NEW MAILING ADDRESS _____
SELLER(S) PHONE NUMBERS _____ (H) _____ (W)

Debtor0064

Case 25-10013-ELG   Doc 18-3   Filed 01/21/26   Entered 01/21/26 23:10:44   Desc
Exhibit C Settlement  Statement    Page 2 of 2  form HUD-1 (3/86) ref Handbook 4305.2

**EXHIBIT C**

Previous edition  are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVE'   'MENT                    File Number: 21-12°                                       PAGE 2
SETTLEMENT STATEMENT                                                  TitleExpress Settleme... System  Printed 01/06/2022 at 17.02 BF

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $1,500,000.00 = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703.  Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801.  Loan Origination Fee            % | | | |
| 802.  Loan Discount                   % | | | |
| 803.  Appraisal Fee | | | |
| 804.  Credit Report | | | |
| 805.  Lender's Inspection Fee | | | |
| 806.  Mortgage Application Fee | | | |
| 807.  Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901.  Interest From        to         @$        /day | | | |
| 902.  Mortgage Insurance Premium  for        to | | | |
| 903.  Hazard Insurance Premium  for        to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001.  Hazard Insurance          mo. @ $        /mo | | | |
| 1002.  Mortgage Insurance        mo. @ $        /mo | | | |
| 1003.  City Property Tax         mo. @ $        /mo | | | |
| 1004.  County Property Tax       mo. @ $        /mo | | | |
| 1005.  Annual Assessments        mo. @ $        /mo | | | |
| 1009.  Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101.  Settlement or closing fee | | | |
| 1102.  Abstract or title search        to  Mercury Abstracts, LLC | | 265.00 | |
| 1103.  Title examination            to  United Title & Escrow, Inc. | | 775.00 | |
| 1104.  Title insurance binder | | | |
| 1105.  Document Processing Fees        to  United Title & Escrow, Inc. | | 420.00 | |
| 1106.  Notary Fees | | | |
| 1107.  Attorney's fees | | | |
| (includes above items No: ) | | | |
| 1108.  Title Insurance        to  FIDELITY NATIONAL TITLE INSURANCE COMPANY | | 5,822.50 | |
| (includes above items No: ) | | | |
| 1109.  Lender's Policy        1,200,000.00  - 3,335.50 | | | |
| 1110.  Owner's Policy         1,500,000.00  - 2,487.00 | | | |
| 1111.  Lien Certificate (Charles Co)        to  United Title & Escrow, Inc. | | 20.00 | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201.  Recording Fees Deed $   60.00        ; Mortgage $  115.00    , Release $ | | 175.00 | |
| 1202.  State Recordation Tax        Deed $ 15,000.00    ; Mortgage $ | | 15,000.00 | |
| 1203.  State Transfer Tax        Deed $ 7,500.00    ; Mortgage $ | | 7,500.00 | |
| 1204.  County Transfer Tax        Deed $ 7,500.00    , Mortgage $ | | 7,500.00 | |
| 1205.  Record UCC-1 Financing Stmt.        to  State Department of Assessments | | 25.00 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301.  Agricultural Transfer Tax        to  Charles County, Maryland | | 80,825.38 | |
| 1302.  Legal Fees        to  Evans Law | | | 4,137.00 |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES        (enter on lines 103, Section J and 502, Section K) | | 118,327.88 | 4,137.00 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction  I further certify that I have received a copy of the HUD-1 Settlement Statement
Swain Landing LaPlata JC LLC

By  Michael Postal, Managing Member

Catherine L. Swain                                    Perry R. Swain

WARNING· IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE
UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION
CAN INCLUDE A FINE AND IMPRISONMENT  FOR DETAILS SEE TITLE 18
U S  CODE SECTION 1001 AND SECTION 1010

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction
I have caused or will cause the funds to be disbursed in accordance with this statement

By                                    1/7/22
                                    DATE

Debtor0065