EXHIBIT G

(To be Supplemented)