Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | Case No.  25-184 ELG |
| | * | |
| Debtor. | * | (Chapter 11) |
| | * | |
| ***************************************** | | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Adversary No.  25-10013 ELG |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| Defendants. | * | |
| | * | |

### DEFENDANTS' CATHERINE SWAIN AND PERCY SWAINS' AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

We, Catherine Swain and Percy Swain, are over the age of eighteen, am competent to testify and have personal knowledge of the matters described herein, stating as follows:

1. We are residents of Charles County Maryland, and Defendants in the above captioned adversary proceeding.

2. We have read the Defendants' Motion for Summary Judgment and Memorandum in Support to which this Affidavit is filed and certify and all of the facts contained therein and that the documents attached thereto are true, correct and authentic.

We, the undersigned, pursuant to 29 U.S.C. §1746, declare, under penalty of perjury, that we have personal knowledge of the matters set forth in this Declaration and the foregoing are true and correct.

/s/ Catherine Swain
_____
Catherine Swain

/s/ Percy Swain
_____
Percy Swain