Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | **Case No.  25-184 ELG** |
| | * | |
| Debtor. | * | (Chapter 11) |
| | * | |
| ****************************************** | | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **Adversary No.  25-10013 ELG** |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    *    * | *    *    *    *    * | |

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF OPPORTUNITY TO OBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT AND NOTICE OF HEARING THEREON**

**PLEASE TAKE NOTICE** that Catherine and Percy Swain ("Defendants"), have filed a Motion for Summary Judgment (the "Motion") in the above captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion then:

On or before February 24, 2026[1], you or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. You must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

Craig M. Palik
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the relief sought in the Application.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn., United States Bankruptcy Judge, for **February 25, 2026, at 10:00 AM.** The Hearing will be conducted in the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001. Parties may contact Aimee_Mathewes@dcb.uscourt.gov for Zoom access codes.

Dated:  February 18, 2025

---

[1] By the agreement of counsel for the Plaintiff and Defendants.

2

        Respectfully submitted,

        /s/ Craig M. Palik
        Craig M. Palik
        McNamee Hosea, et al.
        6404 Ivy Lane, Suite 820
        Greenbelt, MD  20770
        Tel: 301-441-2420
        Fax: 301-982-9450
        cpalik@mhlawyers.com
        *Attorneys for Defendants*
        *Catherine and Percy Swain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2026, I served a copy of the foregoing *Notice of Opportunity to Object to Motion for Summary Judgment and Notice of Hearing Thereon* electronically upon filing via the ECF system, or with mailed copies to:

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com

*Debtor's Counsel*

        /s/ Craig M. Palik
        Craig Palik