The order below is hereby signed.

Signed: March 3 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>    **Swain Landing LaPlata JC LLC,**<br>        Debtor. | Case No. 25-10013-ELG<br>Chapter 11 |
| **Swain Landing LaPlata JC LLC,**<br>        Plaintiff,<br><br>v.<br><br>**Catherine Swain and Percy Swain,**<br>        Defendants. | Adv. Pro. 25-10013-ELG |

## ORDER DENYING MOTION TO DISMISS CASE

On August 18, 2025, the Court held a hearing (the "Hearing") on the *Motion to Dismiss Adversary Complaint and Memorandum in Support* (the "Motion") (ECF No. 5) filed by Catherine Swain and Percy Swain (the "Defendants"), and the responses thereto.

For the reasons stated on the record at the Hearing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion (ECF No. 5) is **DENIED**.

2. The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.