The order below is hereby signed.

Signed: March 3 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 25-10013-ELG** |
| **Swain Landing LaPlata JC LLC,** Debtor. | **Chapter 11** |
| **Swain Landing LaPlata JC LLC,** Plaintiff, | **Adv. Pro. 25-10013-ELG** |
| **v.** | |
| **Catherine Swain and Percy Swain,** Defendants. | |

### ORDER DENYING MOTION TO DISMISS CASE

On August 18, 2025, the Court held a hearing (the "Hearing") on the *Motion to Dismiss Adversary Complaint and Memorandum in Support* (the "Motion") (ECF No. 5) filed by Catherine Swain and Percy Swain (the "Defendants"), and the responses thereto.

For the reasons stated on the record at the Hearing, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1.    The Motion (ECF No. 5) is **DENIED**.

2.    The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

Swain Landing LaPlata JC LLC,

    Plaintiff

                                               Adv. Proc. No. 25-10013-ELG

Swain,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2026 | Form ID: pdf001 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Catherine Swain, 11505 Myer Road, Bowie, MD 20721-2528 |
| dft | + | Percy Swain, 11505 Myer Road, Bowie, MD 20721-2528 |
| pla | + | Swain Landing LaPlata JC LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 03 2026 22:30:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 03 2026 22:22:41 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2026 22:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 03 2026 22:22:44 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 03 2026 22:30:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 03 2026 22:30:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 03 2026 22:30:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0090-1                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 03, 2026                       Form ID: pdf001                                 Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Palik | |
| | on behalf of Defendant Catherine Swain cpalik@mhlawyers.com |
| | cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | |
| | on behalf of Defendant Percy Swain cpalik@mhlawyers.com |
| | cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com |
| | lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 3