The order below is hereby signed.

Signed: October 19 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(Chapter 11) |
| Swain Landing LaPlata JC, LLC<br><br>Plaintiff,<br><br>v.<br><br>Catherine Swain and Percy Swain<br><br>Defendants. | Adv. Case No. 25-10013-ELG |

**<u>ORDER ENTERING SUMMARY JUDGMENT</u>**

Upon consideration of the motion for summary judgment, ECF No. 18, filed by Catherine Swain and Percy Swain (the "Swains" or "Defendants"), the opposition and cross-motion thereto, ECF No. 25, filed by Swain Landing LaPlata JC, LLC ("Swain Landing," the "Debtor" or the "Plaintiff"), the record herein, governing law, and the arguments of counsel, for the reasons stated on the record at a hearing on the aforesaid motion and cross-motion it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that summary judgment be, and hereby is, entered in favor of the Debtor, and against the Swains, on count I of the complaint, ECF No. 1, herein; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the final order entered in the matter of *Swain, et al. v. Swain Landing LaPlata JC, LLC*, Case No. C-08-CV-24-000655, in the Circuit Court for Charles County, Maryland (the "Final Order"), be, and hereby is, AVOIDED; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the transfer of the real property commonly known as 10524 LaPlata Road, LaPlata, Maryland 20646 (the "Property"), occasioned by the Final Order, be, and hereby is, AVOIDED; and it is further

ORDERED, that count II of the complaint in this case be, and hereby is, DISMISSED AS MOOT, on account of full relief being accorded the Debtor on count I of the same complaint.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

I certify that this order was circulated to counsel for the adverse party and no response was received. Should counsel wish to make any changes to ensure this order conform to the on-the-record ruling, the Debtor will *not* object to such provided it is timely requested.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

United States Bankruptcy Court
District of Columbia

Swain Landing LaPlata JC LLC,
Plaintiff
Swain,
Defendant

Adv. Proc. No. 25-10013-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdf001 Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| dft | + | Catherine Swain, 11505 Myer Road, Bowie, MD 20721-2528 |
| dft | + | Percy Swain, 11505 Myer Road, Bowie, MD 20721-2528 |
| pla | + | Swain Landing LaPlata JC LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 30 2026 14:36:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 30 2026 14:28:13 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 14:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 30 2026 14:28:14 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 30 2026 14:36:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 30 2026 14:35:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 30 2026 14:36:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdf001 Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Craig Palik | on behalf of Defendant Catherine Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Craig Palik | on behalf of Defendant Percy Swain cpalik@mhlawyers.com<br>cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Swain Landing LaPlata JC LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 3