Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | **Case No. 25-184 ELG** |
| | * | |
| **Debtor.** | * | **(Chapter 11)** |
| | * | |
| ****************************************** | | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Adversary No. 25-10013 ELG** |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**NOTICE OF APPEAL**

Catherine Swain and Percy Swain ("Defendants" or "Appellants"), appeal to the United States District Court for District of Columbia from the Order of the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") entered on October 19, 2026, in Adversary Proceeding 25-10013 ELG at Docket Entry No. 37, granting summary judgment (the "Order") in favor of Swain Landing LaPlata JC, LLC ("Plaintiff" or "Appellee").

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**Part 1: Identify the Appellant**

1. Name of Appellant: Catherine Swain and Percy Swain

2. Position of Appellant in in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendants

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Entering Summary Judgment entered at Dkt. No. 37. A copy of the Order is attached as **Exhibit A.**

2. State the date on which the judgment, order, or decree was entered: October 19, 2026

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Swain Landing LaPlata JC, LLC
   Attorney: Maurice B. VerStandig, Esq.
   Bar No. MD18071
   The Belmont Firm
   1050 Connecticut Avenue, NW
   Suite 500
   Washington, DC 20036
   Phone: (202) 991-1101
   mac@dcbankruptcy.com

2. Party: Catherine Swain and Percy Swain
   Attorney: Craig M. Palik, Esq.
   McNamee, Hosea, P.A.
   6404 Ivy Lane, Suite 820
   Greenbelt, MD 20770
   Phone: 301-441-2420
   cpalik@mhlawyers.com

Dated: November 2, 2026

Respectfully submitted,

/s/ *Craig M. Palik*
Craig M. Palik, Esquire (Fed. Bar No. 15254)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
cpalik@mhlawyers.com

*Counsel for Catherine and Percy Swain, Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including:

Maurice B. VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com

/s/ *Craig M. Palik*
*Counsel for Catherine and Percy Swain, Appellants*