EXHIBIT A

The order below is hereby signed.

Signed: October 19 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-184-ELG |
| | ) | (Chapter 11) |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC | ) | Adv. Case No. 25-10013-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Catherine Swain and Percy Swain | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ENTERING SUMMARY JUDGMENT

Upon consideration of the motion for summary judgment, ECF No. 18, filed by Catherine Swain and Percy Swain (the "Swains" or "Defendants"), the opposition and cross-motion thereto, ECF No. 25, filed by Swain Landing LaPlata JC, LLC ("Swain Landing," the "Debtor" or the "Plaintiff"), the record herein, governing law, and the arguments of counsel, for the reasons stated on the record at a hearing on the aforesaid motion and cross-motion it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

EXHIBIT A

ORDERED, that summary judgment be, and hereby is, entered in favor of the Debtor, and against the Swains, on count I of the complaint, ECF No. 1, herein; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the final order entered in the matter of *Swain, et al. v. Swain Landing LaPlata JC, LLC*, Case No. C-08-CV-24-000655, in the Circuit Court for Charles County, Maryland (the "Final Order"), be, and hereby is, AVOIDED; and it is further

ORDERED, that pursuant to section 547 of title 11 of the United States Code, the transfer of the real property commonly known as 10524 LaPlata Road, LaPlata, Maryland 20646 (the "Property"), occasioned by the Final Order, be, and hereby is, AVOIDED; and it is further

ORDERED, that count II of the complaint in this case be, and hereby is, DISMISSED AS MOOT, on account of full relief being accorded the Debtor on count I of the same complaint.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

I certify that this order was circulated to counsel for the adverse party and no response was received. Should counsel wish to make any changes to ensure this order conform to the on-the-record ruling, the Debtor will *not* object to such provided it is timely requested.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.