Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| , | * | **Case No. 25-184 ELG** |
| | * | |
| **Debtor.** | * | **(Chapter 11)** |
| | * | |
| ****************************************** | | |
| **SWAIN LANDING LAPLATA JC, LLC** | * | |
| | * | |
| **Plaintiff, Appellee** | * | |
| | * | |
| **vs.** | * | **Adversary No. 25-10013 ELG** |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| **Defendants, Appellees** | * | |
| | * | |

**APPELLANTS CATHERINE SWAIN AND PERCY SWAIN'S**
**DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant Catherine and Percy Swain hereby designate the following items to be included in the record on appeal:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 05/21/2025 | 1 | Adversary case 25-10013. Complaint by Swain Landing LaPlata JC LLC against Catherine Swain, Percy Swain. (Fee Amount of $350 is Deferred) . (12 (Recovery of money/property - 547 preference),13 (Recovery of money/property - 548 |

| | | |
|---|---|---|
| | | fraudulent transfer)) (VerStandig, Maurice) (Entered: 05/21/2025) |
| 09/2/2025 | 12 | Answer to Complaint *and Affirmative Defenses* Filed by Catherine Swain, Percy Swain (Palik, Craig) (Entered: 09/02/2025) |
| 05/27/2010 | 16 | Scheduling Order. Order entered on 12/22/2025. Discovery Deadline is **12/31/2025**. Motions due **1/21/2026**. Pre-Trial Conference set for **2/25/2026 at 10:00 AM** Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code (Bleskoski, Megan) |
| 01/21/2026 | 18 | Motion for Summary Judgment (Defendants' Catherine Swain and Percy Swains' Motion for Summary Judgment and Memorandum in Support) Filed by Catherine Swain, Percy Swain (Attachments: # (1) Exhibit A Purchase and Sale Agreement # (2) Exhibit B Deed # (3) Exhibit C Settlement Statement # (4) Exhibit D Promissory Note # (5) Exhibit E Deed of Trust # (6) Exhibit F Final Order # (7) Exhibit G Declaration (To be Supplemented)) (Palik, Craig) |
| 01/24/2026 | 19 | Exhibit G (Declaration in Support of Motion for Summary Judgment) Filed by Catherine Swain, Percy Swain. (Re: Related Document(s) #:[18] Motion for Summary Judgment.) (Palik, Craig) |
| 02/17/2026 | 22 | Notice of Hearing and Notice of Opportunity to Object Filed by Catherine Swain, Percy Swain (Re: Related Document(s) #:[18] Motion for Summary Judgment.) Hearing scheduled for **2/25/2026 at 10:00 AM** for [18],. (Palik, Craig) |
| 02/24/2026 | 23 | Notice - Hearing Continued (Re: Related Document(s) #:[16] Scheduling Order, [18] Motion for Summary Judgment.) Notice is given that at the agreement of the parties, the hearing scheduled for 2/25/2026 is CONTINUED to: **3/4/2026 at 03:30 PM** Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Mathewes, Aimee) |
| 02/27/2026 | 24 | Notice - Hearing Reset (TIME ONLY) (RE: related |

| | | |
|---|---|---|
| | | document(s)[16] Scheduling Order, [18] Motion for Summary Judgment) At the Request of the Court, the Hearings set for 3/4/2026 are Rescheduled to 03:00 PM, in Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Mathewes, Aimee) |
| 03/01/2026 | 25 | Opposition to Motion for Summary Judgment and Request for Nonmovant Judgment on Preference Claim (Count I) Filed by Swain Landing LaPlata JC LLC (Re: Related Document(s) #:[18] Motion for Summary Judgment.) (VerStandig, Maurice) |
| 03/04/2026 | 27 | Transcript of Hearing held on 03/04/2026. PDF with attached Audio File. Court Date & Time [03/04/2026 03:08:23 PM]. File Size [ 12149 KB ]. Run Time [ 00:52:29 ]. (admin). (Transcript has been ordered.) |
| 03/04/2026 | 28 | Minute Entry RE: Hearing Continued (BK) (RE: related document(s)[16] Scheduling Order, [18] Motion for Summary Judgment) Appearances: Maurice VerStandig, Craig Palik. Post-Hearing Briefs Due by **4/1/2026** , Further Hearing scheduled for **4/15/2026 at 02:30 PM** Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Mathewes, Aimee) |
| 04/01/2026 | 30 | Brief - Supplemental Briefing on Issues Raised During Summary Judgment Hearing Filed by Swain Landing LaPlata JC LLC. (Re: Related Document(s) #:[18] Motion for Summary Judgment, [25] Opposition.) (VerStandig, Maurice) |
| 04/02/2026 | 31 | Brief Filed by Catherine Swain, Percy Swain. (Palik, Craig) |
| 04/15/2026 | 34 | Transcript of Hearing held on 04/15/2026. PDF with attached Audio File. Court Date & Time [04/15/2026 02:36:16 PM]. File Size [ 5945 KB ]. Run Time [ 00:25:38 ]. (admin). (Entered: 04/16/2026) (Transcript has been ordered.) |
| 04/17/2026 | 36 | Brief *(Correcting Adversary Proceeding Case Number)* Filed by Catherine Swain, Percy Swain. (Re: Related Document(s) #:31 Brief, 32 Notice to |

| | | |
|---|---|---|
| | | Party Filing Deficient Pleading(s)/Document(s).) (Palik, Craig) (Entered: 04/17/2026) |
| 10/19/2026 | 37 | Order Entering Summary Judgment (Related Document #: [18]) Entered on 10/19/2026. (Bleskoski, Megan) |

Dated: November 16, 2026

Respectfully submitted,

/s/ *Craig M. Palik*
Craig M. Palik, Esquire (Fed. Bar No. 15254)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
cpalik@mhlawyers.com

*Counsel for Catherine and Percy Swain, Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including:

Maurice B. VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com

/s/ *Craig M. Palik*
*Counsel for Catherine and Percy Swain, Appellants*