Craig M. Palik, Esq. (Fed Bar No. 15258)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | **Case No. 25-184 ELG** |
| | * | |
| **Debtor.** | * | **(Chapter 11)** |
| | * | |
| ***************************************** | | |
| **SWAIN LANDING LAPLATA JC, LLC,** | * | |
| | * | |
| **Plaintiff, Appellee.** | * | |
| | * | |
| **vs.** | * | **Adversary No. 25-10013 ELG** |
| | * | |
| **CATHERINE SWAIN** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **PERCY SWAIN** | * | |
| | * | |
| **Defendants, Appellants.** | * | |
| | * | |

**APPELLANT'S DESIGNATION OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Catherine and Percy Swain hereby designate the following issues for consideration on appeal:

1. The Court erred when it granted summary judgment to Swain Landing LaPlata JC, LLC.

Dated: November 16, 2026

Respectfully submitted,

/s/ *Craig M. Palik*
Craig M. Palik, Esquire (Fed. Bar No. 15254)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
cpalik@mhlawyers.com

*Counsel for Catherine and Percy Swain, Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, including:

Maurice B. VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@dcbankruptcy.com

/s/ *Craig M. Palik*
*Counsel for Catherine and Percy Swain, Appellants*